No. 82–6024.   COLLINS, AKA CROSS v. UNITED STATES.
C. A. 6th Cir.   Certiorari denied.

No. 82–6028.   GREISINGER v. DAVIS, SECRETARY OF THE
COMMONWEALTH OF PENNSYLVANIA.   Sup. Ct. Pa.   Certiorari denied.

No. 82–6029.   SCHARSTEIN v. UNITED STATES.   C. A.
6th Cir.   Certiorari denied.

No. 82–6037.   HAYWARD v. UNITED STATES.   C. A. 2d
Cir.   Certiorari denied.

No. 82–6038.   MOLOVINSKY v. UNITED STATES.   C. A.
4th Cir.   Certiorari denied.

No. 82–6042.   WADE v. UNITED STATES.   C. A. 5th Cir.
Certiorari denied.

No. 82–6048.   DOVER v. GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 82–6053.   HOLLIS v. UNITED STATES.   C. A. 8th Cir.
Certiorari denied.

No. 82–6058.   MATHIS v. COMMISSIONER OF INTERNAL
REVENUE.   C. A. 8th Cir.   Certiorari denied.

No. 82–6061.   BARROS v. UNITED STATES;
No. 82–6072.   PEREZ-MUNOZ v. UNITED STATES; and
No. 82–6073.   RIVAS-IGLESIAS v. UNITED STATES.
C. A. 11th Cir.   Certiorari denied.   Reported below: 681 F.
2d 1372 and 692 F. 2d 116.

No. 82–6063.   SCHLOMANN v. RALSTON, WARDEN.   C. A.
8th Cir.   Certiorari denied.

No. 82–6065.   SPELLMAN v. UNITED STATES ET AL.
C. A. D. C. Cir.   Certiorari denied.